UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FAMILY RESEARCH COUNCIL ACTION, INC., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00209-O |
| JOSEPH R. BIDEN, JR., et al., | § § § | |
| Defendants. | § § | |

## ORDER

On March 24, 2022, Judge Pittman transferred this case to the Court's docket. Under Federal Rule of Civil Procedure 42, the Court may consolidate cases "involv[ing] a common question of law or fact." Currently pending on the Court's docket is the case of *Van Duyne v. Centers for Disease Control and Prevention*, No. 4:22-cv-122. The Court **ORDERS** the parties who have appeared to brief whether the Court should consolidate 4:22-cv-122 and 4:22-cv-209. The parties shall submit cross briefs by **April 8** and may submit response briefs by **April 15**.

**SO ORDERED** on this **24th day** of **March, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1