UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FAMILY RESEARCH COUNCIL ACTION, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No.:<br>4:22-cv-00209-O |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully inform the Court that on May 3, 2022, the CDC reaffirmed its Mask Mandate, declaring that wearing masks is "safer for everyone." *CDC Recommendations for Masks and Travel*, CDC (May 3, 2022), https://www.cdc.gov/media/releases/2022/s0503-covid-19-travel.html. No future date for reevaluation was included. It exhorts independent actors—which includes airlines and airports—to mandate masks: "We also encourage operators of public transportation and transportation hubs to support mask wearing by all people, including employees." *Id.* CDC says its decision "is based on the currently available data." *Id.* CDC's one-sentence claim does not discuss that data, link to data, or set forth any reasoning. For APA purposes, saying something was considered "is not a substitute for considering it." *Texas v. Biden*, 20 F.4th 928, 993 (5th Cir. 2021) (internal quotation marks omitted).

Given that CDC has doubled down, TSA and other agencies could resume masking at any time, and the collateral consequences of local actors like LAX following CDC's Mask Mandate,

Plaintiffs continue to face a substantial threat of irreparable harm. A preliminary injunction is still warranted.

May 4, 2022                                                                          Respectfully submitted,

/s/ Kenneth A. Klukowski
Mark R. Paoletta*
D.C. Bar No. 422746
Gene C. Schaerr*
D.C. Bar No. 416368
Kenneth A. Klukowski
D.C. Bar No. 1046093
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel: (202) 787-1060
Facsimile: (202) 776-0136
kklukowski@schaerr-jaffe.com

*Pro hac vice application forthcoming

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

On May 4, 2022, I filed the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, by using the Court's CM/ECF filing system. I hereby certify that I have served the document on all counsel of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Kenneth A. Klukowski
Kenneth A. Klukowski

Attorney for Plaintiffs
