UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FAMILY RESEARCH COUNCIL ACTION, INC., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00209-O |
| JOSEPH R. BIDEN, JR., et al., | § § § | |
| Defendants. | § § | |

### ORDER

On April 13, 2022, the Transportation Security Agency ("TSA") extended the public transportation mask mandate through May 3, 2022.[1] The TSA has not renewed the mask mandate. In light of the expiration of the mask mandate, the Court **ORDERS** the parties to file briefs addressing (1) whether the case is moot; (2) whether Plaintiffs suffer an injury in fact; and (3) whether Plaintiffs suffer irreparable harm. Cross-briefs are due on **May 19, 2022**, and the parties may file replies on **May 23**.

**SO ORDERED** on this **13th day** of **May, 2022.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] *See* TSA, *TSA extends face mask requirement through May 3, 2022* (Apr. 13, 2022), https://www.tsa.gov/news/press/statements/2022/04/13/tsa-extends-face-mask-requirement-through-may-3-2022.

1